Anthony J. Brass. (CA Bar No. 173302)
3223 Webster Street
San Francisco, California 95123
(415) 922-5462  telephone
(415)346-8987 facsimile
tony@brasslawoffice.com

Attorney for Defendant
JAMES CASSTEVENS

**Filed**

NOV 1 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　Plaintiff,<br><br>vs.<br><br>JAMES CASSTEVENS<br>　　　Defendant. | Case No.CR09-00760-1 RS<br><br><br>STIPULATION AND [~~Proposed~~]<br><br>Order to Continue Sentencing |

The parties, by and through their respective attorneys, Richard Chiang, A.U.S.A. for the United States and Anthony J. Brass for the defendant James Casstevens, hereby stipulate to continue the sentencing currently set for November 17, 2009 to January 26, 2010 at 10:00 AM.

Mr. Casstevens has been diagnosed with cancer and is currently undergoing treatment. He is in ill health and currently undergoing radiation and chemotherapy. He is not available to attend a court hearing during this time.

Wherefore it is stipulated between parties that the sentencing date be continued from November 17, 2009 to January 26, 2010 at 10:100 AM to allow time for Mr. Casstevens to complete his cancer treatments.

SO STIPULATED:


__/s/Anthony Brass_____           November 5, 2009
Anthony J. Brass                                Date
Attorney for Defendant Kyle Arcand


_/s/ Richard Chiang_____       November 5, 2009
Richard Chiang                                  Date
Attorney for United States of America


SO ORDERED:

_____           11/12/09
U.S. Magistrate Judge Richard Seeborg     Date