Anthony J. Brass. (CA Bar No. 173302)
3223 Webster Street
San Francisco, California 95123
(415) 922-5462  telephone
(415)346-8987 facsimile
tony@brasslawoffice.com

Attorney for Defendant
JAMES CASSTEVENS

**Filed**

JAN 1 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES CASSTEVENS<br>    Defendant. | Case No.CR09-00760-1 RS<br><br>STIPULATION AND [Proposed] PJ<br><br>Order to Continue Sentencing |

The parties, by and through their respective attorneys, Richard Cheng, A.U.S.A. for the United States and Anthony J. Brass for the defendant James Casstevens, hereby stipulate to continue the sentencing currently set for January 26, 2010 at 10:00 AM. To February 23, 2010 at 10:00 AM.

Mr. Brass has a preliminary hearing scheduled on the same day in San Mateo County Superior Court. Therefore, he is unable to be present for Mr. Casstevens sentencing in January 26, 2010.

Wherefore it is stipulated between parties that the sentencing date be continued from January 26, 2010 at 10:100 AM to February 23, 2010 at 10:00 AM.

SO STIPULATED:

| | |
|---|---|
| __/s/Anthony Brass_____ <br> Anthony J. Brass <br> Attorney for Defendant Kyle Arcand | January 14, 2010 <br> Date |
| _/s/ Richard Cheng_____ <br> Richard Cheng <br> Attorney for United States of America | January 14, 2010 <br> Date |

SO ORDERED:

_____         1/15/10
U.S. ~~Magistrate~~ Judge Richard Seeborg         Date
District