Anthony J. Brass. (CA Bar No. 173302)  **e-filed 2/18/2010**
3223 Webster Street
San Francisco, California  95123
(415) 922-5462  telephone
(415)346-8987 facsimile
tony@brasslawoffice.com

Attorney for Defendant
JAMES CASSTEVENS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.CR09-00760-1 RS |
| Plaintiff, | |
| vs. | **STIPULATION AND [Proposed]** |
| JAMES CASSTEVENS | **Order to Continue Sentencing** |
| Defendant. | |

The parties, by and through their respective attorneys, Richard Chiang, A.U.S.A. for the United States and Anthony J. Brass for the defendant James Casstevens, hereby stipulate to continue the sentencing currently set for February 23, 1010  to April 26, 2010 at 11:30 AM.

Mr. Casstevens has been diagnosed with terminal cancer and is currently undergoing treatment.  He is in ill health and currently undergoing another round of

radiation and chemotherapy.  He is not available to attend a court hearing during this time.

   Wherefore it is stipulated between parties that the sentencing date be continued from February 23, 2010 to April 26, 2010 at 11:30 AM to allow time for Mr. Casstevens to complete his cancer treatments and be well enough to attend his sentencing hearing.

SO STIPULATED:


\_\_/s/Anthony Brass_____        February 18, 2010
Anthony J. Brass            Date
Attorney for Defendant James Casstevens


\_/s/ Richard Cheng_____      February 18, 2010
Richard Cheng             Date
Attorney for United States of America



SO ORDERED:

_____     \_2/18/2010_____
U.S. Magistrate Judge Richard Seeborg   Date